Decided October 22, 1998

STATE OF CONNECTICUT *v.* BUCKLEY OTTO

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 1 (AC 16180), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Neal Cone,* assistant public defender, in support of the petition.

*Michael E. O'Hare,* assistant state's attorney, in opposition.

Decided October 22, 1998